**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Delorth Jackson,

Plaintiff(s),

v.

Fingerprinting Express, LLC, et al.,

Defendant(s).

Case No. 2:26-cv-02445-JAD-BNW

**Order**

The early neutral evaluation is **ADVANCED** in time only to 9:30 a.m. on December 14, 2026. All other requirements of the ENE order remain unchanged.

IT IS SO ORDERED.

Dated: September 18, 2026

Nancy J. Koppe
United States Magistrate Judge